[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-12305
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 3, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00417-CR-J-25-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RALPH PAUL, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 3, 2009)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

William E. Folsom, appointed counsel for Ralph Paul, Jr. in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Paul's conviction and sentence are **AFFIRMED**.